# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Protection and Advocacy for People with Disabilities, Inc., Petitioner,

v.

Beverly A. H. Buscemi, Ph.D., in her official capacity as State Director, South Carolina Department of Disabilities and Special Needs and The South Carolina Department of Disabilities and Special Needs, and Kelly Hanson Floyd, Nancy Banov, W. Robert Harrell, Rick Huntress, Deborah McPherson and Dr. Otis Speight in their Official Capacities as Members of the Department of Disabilities and Special Needs Commission, Respondents.

Appellate Case No. 2016-001983

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Richland County
Edgar W. Dickson, Circuit Court Judge

---

Opinion No. 27795
Heard May 1, 2018 – Filed May 9, 2018

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Anna Maria Darwin, of Greenville, and Thornwell Simons, of Columbia, both of Protection & Advocacy for People with Disabilities, Inc.; Reid T. Sherard, of Greenville, and Phillips Lancaster McWilliams, of Columbia, both of Nelson Mullins Riley & Scarborough, LLP, for Petitioner.

William H. Davidson, II and Kenneth P. Woodington, both of Davidson & Lindemann, PA, of Columbia, for Respondents.

———————

**PER CURIAM:**  We granted Protection and Advocacy for People with Disabilities, Inc.'s petition for a writ of certiorari to review the decision of the Court of Appeals in *Protection and Advocacy for People with Disabilities, Inc. v. Buscemi,* 417 S.C. 267, 789 S.E.2d 756 (Ct. App. 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.


**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**